### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Juvensio Ramires-Medranos

Citizen of Mexico

USM#: 73327208          DOB: 1974

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10785-001M-SD

Richard L. Juarez (AFPD)
Attorney for Defendant

ICE#: A76 888 141

**THE DEFENDANT ENTERED A PLEA OF** guilty on 11/26/2007 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SEVENTY FIVE (75) DAYS on Count TWO, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted     **FINE:** $     **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10785-001M-SD**  *Page 2 of 2*
USA vs. Juvensio Ramires-Medranos

Date of Imposition of Sentence: **Tuesday, November 27, 2007**

_____ Date 11/27/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____      By:_____
United States Marshal                                    Deputy Marshal
07-10785-001M-SD -

UNITED STATES DISTRICT COURT  MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 11/27/2007     CASE NUMBER: 07-10785-001M-SD

## PLEA/SENTENCING MINUTES
USA vs. Juvensio Ramires-Medranos

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  Judge #: 70BK
U.S. Attorney _____  INTERPRETER REQ'D: Marcia Resler
                                       LANGUAGE: Spanish
Attorney for Defendant: Richard L. Juarez (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 11/23/07      ☐ Complaint Filed           ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☐ No Financial Afdvt taken    ☐ Financial Afdvt sealed
☐ Initial Appearance

**DETENTION HEARING:**   ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:**   ☒ Held  ☐ Cont'd  ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts TWO
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) TWO of the ☐ Information  ☐ Indictment  ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged  ☐ Filed  ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 75 Days  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED    ☐ Fine $_____    ☐ Restitution $_____
Other: _____

RECORDED: CS
BY:  Jocelyn M. Arviso, Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA - Yuma

## MAGISTRATE JUDGE'S MINUTES

DATE: 11/26/2007    CASE NUMBER: 07-10785M-001-SD

USA vs. Juvensio Ramires-Medranos

U.S. MAGISTRATE JUDGE: MARK WAYNE REEVES FOR JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER: Marcia Resler
                                            LANGUAGE: Spanish
Attorney for Defendant: Matthew Johnson for Richard L. Juarez (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 11/23/07
☐ Financial Afdvt taken
☐ Rule 5(c)(3)

☒ Initial Appearance
☒ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

☒ Appointment of counsel hearing held
☐ Financial Afdvt sealed

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk  ☐ Danger | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| PRELIMINARY HEARING: | STATUS HEARING: re: _____ |
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held  ☐ Con't  ☐ Reset<br><br>Set for:<br>Before: |

Other: Plea and sentence set for 11/27/07 at 1:00 p.m.


Recorded by Courtsmart (IA: 2 MIN)
BY: Jocelyn M. Arviso
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Juvensio RAMIRES-Medranos
Citizen of Mexico
YOB: 1974
A76 888 141
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10785M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about November 7, 2007, Defendant Juvensio RAMIRES-Medranos was arrested and removed from the United States to Mexico through the port of Laredo, Texas, in pursuance of law, and thereafter on or about November 23, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about November 23, 2007, within the Southern District of California, Defendant Juvensio RAMIRES-Medranos, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Nicholas Kingston
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

November 25, 2007                at                Yuma, Arizona
Date                                                City and State

James Montgomery, Acting U.S. Magistrate
Name & Title of Judicial Officer                    Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Juvensio RAMIRES-Medranos

Dependents: 2 USC

**IMMIGRATION HISTORY:** The Defendant was last removed through Laredo, Texas on November 7, 2007 and has 3 total removals and 6 total apprehensions by the Border Patrol.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 12/12/98 | Minneapolis, MN | Attempt. Theft of Motor Vehicle | Unknown |
| 11/26/04 | Brooklyn Park, MN | Felony Manufacture of Narcotics Misdemeanor Theft | 32 Days Jail, 3 yrs prob. |
| 05/28/05 | Minneapolis, MN | Aggravated Forgery | Unknown |
| 09/16/07 | Moorhead, MN | 3rd Degree DWI/ .08 or more 3rd Degree DWI under influence of alcohol Driving after suspension | Unknown |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on November 23, 2007.

Charges: 8 USC§1326 (Felony)
8 USC§1325 (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 25, 2007
Date

_____
Signature of Judicial Officer

## Probable Cause Statement

*I, Senior Patrol Agent Nicholas Kingston, declare under penalty of perjury, the following is true and correct:*

| | |
|---|---|
| Defendant: | Juvensio RAMIRES-Medranos |
| Dependents: | 2 USC |
| **IMMIGRATION HISTORY:** | The Defendant was last removed through Laredo, Texas on November 7, 2007 and has 3 total removals and 6 total apprehensions by the Border Patrol. |

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 12/12/98 | Minneapolis, MN | Attempt. Theft of Motor Vehicle | Unknown |
| 11/26/04 | Brooklyn Park, MN | Felony Manufacture of Narcotics Misdemeanor Theft | 32 Days Jail, 3 yrs prob. |
| 05/28/05 | Minneapolis, MN | Aggravated Forgery | Unknown |
| 09/16/07 | Moorhead, MN | 3rd Degree DWI/ .08 or more 3rd Degree DWI under influence of alcohol Driving after suspension | Unknown |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on November 23, 2007.

*Executed on: November 25, 2007*          *Time: 8:50 AM*

*Signed:* NKingston          *Senior Patrol Agent*

### Finding of Probable Cause

*On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page, I find probable cause to believe that the defendant(s) named therein committed the offense on November 23, 2007 in violation of Title 8, United States Code, Section 1325 and 1326.*

*Finding made on: Date* 11/25/07     *Time* 1105

*Signed:* _____ *Acting United States Magistrate Judge*